FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV 17 PM 2: 42

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SHANNON CAMERON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-123 |
| | ) | |
| MARTY REEVES, Capt.; FNU BOLT, Sgt.; | ) | |
| FNU HENSLEY, Sgt.; BILLY GREEN, | ) | |
| Sgt.; FNU SPENSER, Sgt.; MS. FNU | ) | |
| CHELEYS, Counselor; MS. TAISHA DELE | ) | |
| HUBBERT, Counselor; MR. FNU FERRAT, | ) | |
| Officer; JANE DOE, Mail Lady; JANE DOES, | ) | |
| Two Female Nurses; FNU CALDWELL, Sgt.; | ) | |
| FNU ROGER, CO I; FNU EDWARD, CO I; | ) | |
| MS. FNU JACKSON, Unit Manager; and, | ) | |
| MS. FNU McDONALD, CO I, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed the above-captioned case in the Dublin Division of this Court even though the majority of the named defendants are located in LaGrange, Troup County, Georgia, and most of the events in Plaintiff's complaint are alleged to have occurred in Troup County. (See doc. no. 1, pp. 4-6.) Because Troup County is situated in the Northern District of Georgia, the proper venue for this action is the Newnan Division of the Northern District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears that the

case should have been filed in the Northern District of Georgia, transfer to that District is appropriate.[1]

Therefore, the Court hereby **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Newnan Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 17th day of November, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This is the third in a string of cases filed by Plaintiff in the Dublin Division raising substantially similar allegations about events occurring primarily in Troup County that have resulted in a transfer to the Northern District. See Cameron v. Troup County Jail, CV 314-066 (N.D. Ga. Oct. 29, 2014); Cameron v. Reeves, CV 314-167 (N.D. Ga. Oct. 29, 2014).